# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| JULIAN A. POLLOK, INDIVIDUALLY AND AS ADMINISTRATOR WITH WILL ANNEXED, FOR THE ESTATE OF EDWARD S. SALKIN,<br><br>Plaintiff,<br><br>v.<br><br>THE VANGUARD GROUP, INC., ET. AL,<br><br>Defendants. | Case No. 2:16-CV-006482-JLS(JCGx)<br><br>Hon. Josephine L. Staton<br>Courtroom: 10A<br><br>**JUDGMENT** |
| THE VANGUARD GROUP, INC. and VANGUARD MARKETING CORP.,<br><br>Counter-plaintiff,<br><br>v.<br><br>JULIAN A. POLLOK,<br><br>Counter-defendant. | |

# **JUDGMENT**

The action came on for hearing before the Court on July 28, 2017, Honorable Josephine L. Staton, United States District Judge presiding, on a motion for summary judgment, and again on October 18, 2017 on a motion for reconsideration of the summary judgment motion, the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the claims of plaintiff, Julian A. Pollok, individually and as administrator with will annexed for the Estate of Edward S. Salkin ("Pollok"), are dismissed on the merits with prejudice. Pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 54-2, Vanguard Marketing Corporation may make an application to recover their costs with the Clerk of the Court.

Dated: November 02, 2017

The Honorable Josephine L. Staton
U.S. District Court Judge